IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**TRAVIS NORMAN,**

**Defendant.**                                                          No. 05-CR-30015-DRH

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Travis Norman's Motion requesting preapproval to initiate a telephone conference between counsel for co-defendants. (Doc. 147.)  The Court, being fully advised in the premises, **GRANTS** Defendant's Motion (Doc. 147) and preapproves a telephone conference between defense attorneys, tentatively scheduled for September 27, 2005.

**IT IS SO ORDERED.**

Signed this 26th day of September, 2005.

/s/          David RHerndon
**United States District Judge**