# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TRAVIS NORMAN,

Defendant.                                    No. 05-CR-30015-DRH

## ORDER

**HERNDON, District Judge:**

 Before this Court is a Motion to Reconsider this Court's Order of March 30, 2005 (Doc. 86), which granted Defendant's Motion for Disclosure of Impeaching Information (Doc. 55).  (Doc. 95.)  The Court granted Defendant's Motion based on the fact that the government failed to reply to Defendant's Motion within the ten-day period prescribed by the **Local Rule of the Southern District of Illinois 7.1**.  (Doc. 86.)  The government indicates that its failure to respond within the ten-day period was based on oversight.  (Doc. 95.)

 The Court **GRANTS** the government's Motion to Reconsider (Doc. 95) on this basis.  Further, upon reconsideration, the Court **GRANTS in part** and **DENIES in part** Defendant's Motion for Disclosure of Impeaching Information. (Doc. 55.)  The Court agrees that the government must abide by the holdings in, among other cases, ***Brady v. Maryland*, 373 U.S. 83 (1973)** and ***Giglio v. United***

*States*, 405 U.S. 150 (1972).  The government, however, has indicated that it has exceeded its obligation under relevant rules and case law.  (Doc. 95, p. 2.) Defendant provides no statement to the contrary, instead requesting production of a great deal of material that the government need not necessarily disclose.  The Court finds these requests overbroad.

Therefore, the Court **GRANTS** the government's Motion to Reconsider (Doc. 95), and, upon reconsideration, **GRANTS in part** and **DENIES in part** Defendant's Motion for Disclosure of Impeaching Information (Doc. 55).  The Court **GRANTS** Defendant's Motion only to the extent it seeks compliance with established rules and case law.  The government should comply with the rulings set forth in *Brady*, *Giglio*, and other relevant cases.  The Court **DENIES** the remainder of Defendant's Motion, including Defendant's extensive discovery requests, as overbroad.

**IT IS SO ORDERED**.

Signed this 24th day of October, 2005.

/s/          David RHerndon
**United States District Judge**