IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**TRAVIS NORMAN,**

**Defendant.**                                             No. 05-CR-30015-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Travis Norman's ("Defendant") *pro se* motion to dismiss Count 4 of his indictment. (Doc. 199.) Defendant is currently represented by attorney Gordon E. Freese. The Court will not accept *pro se* motions by a Defendant who is represented by counsel. Therefore, Defendant's motion (Doc. 199) is **DENIED without prejudice**.

**IT IS SO ORDERED.**

Signed this 16th day of November, 2005.

/s/          David RHerndon
**United States District Judge**