# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**TRAVIS NORMAN,**

**Defendant.**                                    **No. 05-CR-30015-DRH-4**


### <u>ORDER</u>

**HERNDON, District Judge:**

Before the Court are two motions submitted by Defendant Travis Norman ("Defendant"): a motion for the appointment of new counsel to replace Defendant's current attorney, Gordon Freese (Doc. 200), and a motion to proceed *pro se* (Doc. 208). With regard to Defendant's first motion, the Court **GRANTS** Defendant's request to withdraw Attorney Gordon Freese as attorney of record, and **APPOINTS** Attorney Justin A. Kuehn, 310 E. Washington St., Belleville, Illinois 62220, to represent Defendant. With regard to Defendant's second motion, the Court, particularly in light of the language in Defendant's motion,[1] assumes that Defendant desires to be represented by counsel in this matter, but grew anxious

---

[1] In his motion, Defendant emphasizes that he will suffer "irreparable harm" if Attorney Freese is not withdrawn, and suggests that the Court's failure "to make an effective appointment of counsel" would deny him due process. (Doc. 208.)

about the amount of time it took the Court to find new counsel.[2]  Therefore, the

Court **DENIES** Defendant's motion to proceed *pro se*.  (Doc. 208.)

**IT IS SO ORDERED.**

Signed this 30th day of November, 2005.


/s/            David RHerndon
**United States District Court**

---

[2] Finding new counsel for Defendant was a challenge due to the large number of Defendants in this and a related case.