IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**TRAVIS NORMAN,**

**Defendant.**                                          No. 05-CR-30015-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by the government seeking to dismiss Defendant Travis Norman ("Defendant") without prejudice in this matter due to the fact that Defendant has been charged in the Eastern District of Missouri on charges stemming from his actions in that district. (Doc. 266.)  The Court, being fully advised in the premises, **GRANTS** Defendant's motion, and **DISMISSES** without prejudice Defendant from Counts 1, 4, and 9 of the superseding indictment. (Doc. 266.)

**IT IS SO ORDERED**.

Signed this 3rd day of March, 2006.

/s/        David  RHerndon
**United States District Judge**